**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6380**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH RAY MATTHEWS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:95-cr-00069-AWA-1)

_____

Submitted:  November 14, 2024                    Decided:  January 13, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Ray Matthews, Appellant Pro Se.  Elizabeth Marie Yusi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Matthews appeals the district court's order denying his motion to expunge his since-vacated 1995 federal firearm conviction. The district court found that it lacked jurisdiction to consider the motion because federal ancillary jurisdiction does not extend to motions for equitable expungement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 379-81 (1994). The court further concluded that even if it were to exercise ancillary jurisdiction over Matthews's motion, his case did not satisfy the extraordinary circumstances that this Court has held must be present in order to warrant expungement.

We have reviewed the record and find no reversible error. Accordingly, we deny Matthews's pending motion to appoint counsel, and we affirm the district court's order. *United States v. Matthews*, No. 2:95-cr-00069-AWA-1 (E.D. Va. Apr. 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2